| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (888) 595-9111 | |
| NORTHERN DISTRICT, OAKLAND<br>1301 Clay Street Ste 400 S<br>Oakland, CA 94612 | | |
| SHORT TITLE OF CASE:<br>Abante Rooter and Plumbing v. Go Accredited | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>4:17-cv-05373-KAW |
| **Declaration of Service** | | Ref. No. or File No:<br>L17040625ATF |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**Summons; Complaint; Complaint; Order; Order; Order; Order;**

On: **Go Accredited**

I served the summons at:

**131 Sunnyside Blvd. 108  Plainview, NY 11803**

On: **3/7/2018**        Date:  **12:21 PM**

In the above mentioned action  by serving to and leaving with
**Mark Hanna  -  Field Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Jeremy Mlotok**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. The **fee** for this service was: **179.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Jeremy Mlotok                                              Date: 03/09/2018