UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

| | |
|---|---|
| Susan Y. Soong | General Court Number |
| Clerk of Court | 510-637-3530 |

June 15, 2018

RE:  Abante Rooter and Plumbing, Inc. v. Go Accredited
     17-cv-05373-KAW

Default is declined as to GO ACCREDITED on June 15, 2018.

                              Susan Y. Soong, Clerk

                              _____
                              by) Jacquelyn Lovrin
                              Case Systems Administrator
                              (510) 637-1873