Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GO ACCREDITED; MARK HANNA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>4:17-cv-05373-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 10th Day of September, 2018.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

Notice of Dismissal - 1

## **CERTIFICATE OF SERVICE**

Filed electronically on September 10 2018, with:

United States District Court CM/ECF system

Notification sent electronically on September 10 2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
    Todd M. Friedman